# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHNNY RAY CHANDLER**, | CIVIL ACTION NO. 3:11-CV-1882 |
| Plaintiff | (Judge Conner) |
| v. | |
| **FEDERAL BUREAU OF PRISONS,** et al., | |
| Defendants | |

## ORDER

AND NOW, this 14th day of May, 2013, upon consideration of plaintiff's motion for reconsideration (Doc. 43) of this Court's Order of April 29, 2013 (Doc. 40), denying his motion for appointment of counsel, and it appearing that plaintiff fails to demonstrate one of three major grounds for reconsideration ((1) an intervening change in controlling law; (2) the availability of new evidence [not available previously]; [or], (3) the need to correct clear error [of law] or prevent manifest injustice.'")), North River Ins. Co. v. Cigna Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995) (collecting cases); see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994); see also Database America, Inc. v. Bellsouth Adver. & Publ'g Corp., 825 F. Supp. 1216, 1220 (D.N.J. 1993) (citations omitted) ("A party seeking reconsideration must show more than a disagreement with the Court's decision, and 'recapitulation of the cases and arguments considered by the court before rendering its original decision fails to

carry the moving party's burden.'"), but, rather, reargues matters already argued and disposed of by the Court, it is hereby ORDERED that plaintiff's motion (Doc. 43) is DENIED.

                                                       S/ Christopher C. Conner  
                                                      CHRISTOPHER C. CONNER  
                                                      United States District Judge